# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                           CASE NO. 1:08-CR-4-03 MMP

DEARMUS C. LOVETT

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee,___ Bond, ___ Other (Specify) _____

By:_____ Dearmus Cezhan Lovett #20528-017 _____ (Payee)
Address:   FCI Talladega
           PO Box 1000
           Talladega, AL 35160

Receipt Number _B090909DFLN108CR000004___ Date of Receipt ____10/21/09_____

Motion: N/A

Explanation: Dearmus Lovett's $100.00 special assessment was paid in full on 02/18/09. The Clerk's office received $25.00 on the September 2009 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Lovett does not owe any additional money. Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____s/Philip Detweiler_____
             Philip Detweiler, Financial Specialist          Date: October 22, 2009

Referred by: _____,Deputy Clerk_____

## ORDER OF COURT

It is ORDERED this _26th_ day of _October_____, 2009, that the Clerk refund the identified funds to the payee.

STEPHAN P. MICKLE, CHIEF
UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99

Rec'd 10-27-09 USDC Fln1 AM 0814